United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA FORD,<br><br>      Plaintiff,<br>  v.<br><br>EDUCATIONAL TESTING SERVICE DISABILITY PLAN,<br><br>      Defendant<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>      Real Party in Interest / | No. C-05-3786 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On November 16, 2005, defendants electronically filed their answer to plaintiff's complaint. Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with General Order 45 and the Court's

1  Standing Orders by immediately submitting a chambers copy of the above-referenced
2  document.  Defendants are hereby advised that if they fails in the future to comply with the
3  Court's Standing Order to provide chambers copies of electronically-filed documents, the
4  Court may impose sanctions, including, but not limited to, striking from the record any
5  electronically-filed document of which a chambers copy has not been timely provided to the
6  Court.
7      **IT IS SO ORDERED.**

9  Dated:  December 5, 2005

                                    MAXINE M. CHESNEY
                                    United States District Judge

2