1 | **LAW OFFICES OF LAURENCE F. PADWAY**
LAURENCE F. PADWAY - State Bar No. 83914
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone (510) 814-6100
Facsimile (510) 814-0650

Attorneys for Plaintiff
SONYA FORD

**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
*amartin@rimacmartin.com*
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendants
EDUCATIONAL TESTING SERVICE
DISABILITY PLAN and Real Party in Interest
UNUM LIFE INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA FORD,<br><br>  Plaintiff,<br><br>vs.<br><br>EDUCATIONAL TESTING SERVICE DISABILITY PLAN,<br><br>  Defendant.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>  Real Party in Interest. | **E-FILING**<br><br>CASE NO. **C 05 3786 MMC**<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

---

1    Each party shall bear its own costs and attorneys' fees in this action.

2    Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

|  |  |
|---|---|
|  | LAW OFFICES OF<br>LAURENCE F. PADWAY |
| DATED: July 27, 2006 | By: /S/ LAURENCE F. PADWAY<br>LAURENCE F. PADWAY<br>Attorneys for Plaintiff<br>SONYA FORD |
|  | RIMAC & MARTIN, P.C. |
| DATED: July 27, 2006 | By: /s/ ANNA M. MARTIN<br>ANNA M. MARTIN<br>Attorneys for Defendants<br>EDUCATIONAL TESTING SERVICE<br>DISABILITY PLAN and UNUM LIFE<br>INSURANCE COMPANY OF AMERICA |

### ORDER

IT IS HEREBY ORDERED that this matter be, and hereby is, dismissed with prejudice.

**SO ORDERED.**

DATED: July 31, 2006                                    UNITED STATES DISTRICT COURT JUDGE

---

-2-
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE                    CASE NO. C 05-3786 MMC